UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAURICIO PORCAL,<br><br>        Plaintiff,<br>vs.<br><br>LINA CIUFFO, GUSTAVO EBOLI,<br>LINA CIUFFO CONSTRUCTION CORPORATION<br>and G.E. CONSTRUCTION, INC.,<br><br>        Defendants. | Case No. 10-cv-40016-TSH |

**FURTHER ORDER ON PLANTIFF'S MOTION FOR SANTIONS**
**(Document #31)**
**March 12, 2012**

**HILLMAN, MJ**

On February 3, 2011 the Plaintiff Maurico Porcal ("Porcal") moved to impose sanctions against the Defendants for their failure to supplement discovery orders pursuant to an order of this court. On November 21, 2011, after several hearings, I granted the Plaintiff's motion and awarded the Plaintiffs reasonable attorney fees incurred in obtaining my order. On December 22, 2011 the Plaintiffs submitted an affidavit to the court in furtherance of their petition for attorney's fees. They seek $26,922.64 in attorney's fees. I find that the hourly rates, for the participating attorneys to be reasonable. I question the total time spent in prosecuting this motion. I appreciate that the Defendants were less than forthcoming in their production of discovery material and that there were 4 discovery related hearings. Nevertheless I am hard pressed to justify almost $27,000.00 in legal fees. Accordingly, the Plaintiffs are to submit all supporting time records for *"in camera"*, by the court. Said records shall be delivered to this court on or before April 2, 2012.

                                                      /s/ Timothy S. Hillman
                                                      TIMOTHY S. HILLMAN
                                                      MAGISTRATE JUDGE