UNITED STATES DISTRICT COURT
                       DISTRICT OF MASSACHUSETTS

_____
                                            )
MAURICIO PORCAL,                            )
                                            )
            Plaintiff,                      )
      vs.                                   )   Case No. 10-cv-40016-TSH
                                            )
LINA CIUFFO, GUSTAVO EBOLI,                 )
LINA CIUFFO CONSTRUCTION CORPORATION,       )
and G.E. CONSTRUCTION, INC.,                )
                                            )
            Defendants.                     )
_____)


### FURTHER ORDER ON PLAINTIFF'S MOTION FOR SANCTIONS
### (Document #31)
### April 30, 2012

**HILLMAN, MJ**

      On December 22, 2011, the Plaintiffs submitted an affidavit to the court in furtherance of their petition for $26,922.64 in attorney's fees. While I find that the hourly rate for the participating attorneys to be reasonable, I question the total time spent in prosecuting this motion. This is a fairly standard discovery dispute with a limited degree of difficulty. Despite the Defendant's recalcitrance in producing the discovery material over four related discovery hearings, I am hard pressed to justify almost $27,000.00 in legal fees for such a routine discovery dispute. The Plaintiff's submitted time records for an *in camera* review by the court. These records still do not assuage my concerns. I am curtailing the amount the Plaintiff can seek to $14,000.00.

      For the foregoing reasons, *Plaintiff's Motions for Sanctions (Docket No. 31)* is GRANTED in part, consistent with the terms set forth in my previous order. Defendants are ordered to pay all Plaintiffs expenses, including attorney's fee, incurred in obtaining this order, subject to a limit of $14,000.00.

/s/ Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE